Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WATKINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOW JONES & COMPANY, INC., a Delaware Corporation; STEPHENS MEDIA, LLC, a Nevada Limited Liability Company; PROQUEST, LLC, a Delaware Limited Liability Company; and DOES 1-10,<br><br>Defendant. | Case No.:<br><br>PLAINTIFF'S COMPLAINT FOR:<br><br>1. COPYRIGHT INFRINGEMENT;<br>2. VIOLATIONS OF THE DIGITAL MILLENNIUM COPYRIGHT ACT (17 U.S.C. §1202)<br>3. UNFAIR COMPETITION<br><br>Jury Trial Demanded |

Eric Watkins, by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

- 1 -

COMPLAINT

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff Eric Watkins is an individual and a resident of the State of California.

5. Plaintiff is informed and believes and thereon alleges that Dow Jones & Company, Inc. ("Dow Jones") is a Delaware corporation that owns and operates the "Factiva" database and the "Wall Street Journal" international daily newspapers, and is doing business in and with the State of California.

6. Plaintiff is informed and believes and thereon alleges that Stephens Media LLC ("LVRJ") is a Nevada limited liability company that owns and operates the "Las Vegas Review Journal" and is doing business in and with the State of California.

7. Plaintiff is informed and believes and thereon alleges that ProQuest LLC ("ProQuest") is a Delaware Limited Liability Company with its principal place of business at 7200 Wisconsin Avenue, Suite 601, Bethesda, MC 20814, and is doing business in and with the State of California.

8. Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or

- 2 -

COMPLAINT

1   otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff,

2   which therefore sues said Defendants by such fictitious names, and will seek leave to

3   amend this Complaint to show their true names and capacities when same have been

4   ascertained.

5      9.  Plaintiff is informed and believes and thereon alleges that at all times

6   relevant hereto each of the Defendants was the agent, affiliate, officer, director,

7   manager, principal, alter-ego, and/or employee of the remaining Defendants and was

8   at all times acting within the scope of such agency, affiliation, alter-ego relationship

9   and/or employment; and actively participated in or subsequently ratified and

10  adopted, or both, each and all of the acts or conduct alleged, with full knowledge of

11  all the facts and circumstances, including, but not limited to, full knowledge of each

12  and every violation of Plaintiff's rights and the damages to Plaintiff proximately

13  caused thereby.

14                          **FACTUAL BACKGROUND**

15     10.  Plaintiff is a journalist whose career spans over twenty years. He spent a

16  significant period of his career detailing and analyzing oil and gas in the

17  international context, focusing on international organizations OPEC, IEA, and EIA

18  and has reported extensively on various matters of international importance in the

19  Middle East as a freelance news correspondent who has submitted his work for

20  publication to international news agencies such as the Associated Press, The Wall

21  Street Journal, the Oil and Gas Journal, and a number of other news sources.

22     11. No written agreement has ever existed between Plaintiff and either Dow

23  Jones, Factiva, or any other Wall Street Journal entities. While Plaintiff submitted

24  and was paid for a number of his stories that ran in the Wall Street Journal, Plaintiff

25  was never advised that his articles were being published by Dow Jones beyond their

26  initial publication and never authorized any such republication or sublicensing.

27

28

12. In mid-2012 Plaintiff discovered the Factiva database.  At that time he was informed that "hundreds" of his works were published on the database.  Prior to that time, Plaintiff was unfamiliar with Factiva and unaware that his works were being published on that site.

13. The stories written by Plaintiff that were contained in the Factiva database had originally been provided by Plaintiff to other sources such as the Associated Press, The Middle East, African Business, The Wall Street Journal, Lloyds List, and others. Plaintiff did not have an employment relationship with any of those sources, did not have a written contract with any of those sources, and did not have an agreement with any of those sources granting them permission to republish or sublicense his work. The works of Plaintiff improperly republished on the Factiva Database include the following (with an indication in the parenthetical of Factiva's apparent source):

1) *Shipload of Starving Somalis Seeks Refuge in Yemeni Port* (Buffalo News)

2) *Clashes fuel civil war fears* (Sunday Age)

3) *Yemeni troops battle as civil war erupts; North, South bomb rival capitals* (Buffalo News)

4) *Yemen Government shifts; accepts U.N.'s truce plan; North's forces reported 10 miles from Aden* (Washington Post)

5) *Southern Arabia (book reviews)* (The Middle East)

6) *The Valley of Mud Brick Architecture: Shibam, Tarim, & Wadi Hadramut* (The Middle East)

7) *EMI returns to the Middle East* (The Middle East)

8) *Faith and Freedom: Women's Human Rights in the Muslim World* (The Middle East)

9) *New Horizons of sound from the Middle East* (The Middle East)

- 4 -

10)   *Saleh cracks down on the opposition* (The Middle East)

11)   *Jerusalem to Baghdad, 1967-1992: Selected Letters* (The Middle East)

12)   *Music in the World of Islam: A Socio-Cultural Study* (The Middle East)

13)   *In the Claw of the Eagle: A Guide to US Sanctions Against Libya* (The Middle East)

14)   *The vandals took the handle* (The Middle East)

15)   *Economic development in the Middle East* (The Middle East)

16)   *Secret Channels: The Inside Story of Arab-Israeli Peace Negotiations* (The Middle East)

17)   *Against All Odds: A Chronicle of the Eritrean Revolution* (The Middle East)

18)   *The Arab World* (The Middle East)

19)   *New Arabian Studies, vol. 3* (The Middle East)

20)   *Lebanon on Hold: Implications for Middle East Peace* (The Middle East)

21)   *Islamic Politics in Palestine* (The Middle East)

22)   *The Middle East and the United States: A Historical and Political Reassessment* (The Middle East)

23)   *Showdown in Sudan* (The Middle East)

24)   *Images of Zanzibar* (African Business)

25)   *Zen and the Art of Making a Living* (African Business)

26)   *Sowing the Mustard Seed* (African Business)

27)   *Japan and Africa: Big Business and Diplomacy* (African Business)

28)   *The Wines of South Africa* (African Business)

COMPLAINT

29)  *South from the Limpopo: Travels through South Africa* (African Business)

30)  *On the Margins: The Arab Population in the Israeli Economy* (The Middle East)

31)  *A Survey of how to books* (African Business)

32)  *The Mosque and the Modern World: Architects, Patrons, and Designers Since the 1950's* (The Middle East)

33)  *Africa South of the Sahara* (African Business)

34)  *A dark winter's day* (The Middle East)

35)  *Going to Japan on Business* (African Business)

36)  *The Next Iraq? Yemen Is an Arms Bazaar to an Unstable Region* (Wall Street Journal)

37)  *Hollywood on the Nile: Arabs Can Create Their Own Film Image* (Wall Street Journal)

38)  *Spain gears up for LNG surge* (Lloyd's List)

39)  *Western businessmen are poised for the opening up of trade with Libya* (Lloyd's List)

40)  *Djanet joins Sonatrach LPG fleet* (Lloyd's List)

41)  *ProfilenPetrolina head Lefkaritis fights off complacency* (Lloyd's List)

42)  *Terrorist Nest: Blind to the Danger* (Wall Street Journal)

43)  *Bigger terminal* (Lloyd's List)

44)  *North-South Corridor threat to Suez* (Lloyd's List)

45)  *NITC fleet gains another tanker* (Lloyd's List)

46)  *Iran hardliners block sell-offs* (Lloyd's List)

47)  *Algeria has spent nearly $150m on two LPG carriers to help exploit Sonatrach's gasfields* (Lloyd's List)

COMPLAINT

48) *Nexans seals offshore Mediterranean cable contract with Burullus* (Lloyd's List)

49) *Global Hawk will keep eagle eye on shipping* (Lloyd's List)

50) *Glencore Iraq oil row ensnares Frontline* (Lloyd's List)

51) *Emergency Plan for Jordan shipping line* (Lloyd's List)

52) *Kazakhastan creates new state pipelines firm* (Lloyd's List)

53) *Iran needs 'more than 80" new ships to cope with boom in petrochemical exports* (Lloyd's List)

54) *Pain acts to counter foot mouth* (Lloyd's List)

55) *Countdown begins to China satellite lift-off* (Lloyd's List)

56) *Iraq: India seeks explanation over rejected wheat shipment* (Lloyd's List)

57) *Algeria seeks to sell off loss-making CNCN* (Lloyd's List)

58) *King opens Aqaba zone to investors* (Lloyd's List)

59) *Namco to file delayed statements* (Lloyd's List)

60) *United Kingdom Club warns of rise in Yemen stevedore claims* (Lloyd's List)

61) *Abu Dhabi yard expansion set for December finish* (Lloyd's List)

62) *BP Egypt purchase* (Lloyd's List)

63) *KCA clinches Iran offshore deal* (Lloyd's List)

64) *Iran threats halt BP Azeri surveys* (Lloyd's List)

65) *British energy: turbines harness the wind* (Lloyd's List)

66) *Fitting the Bill: The Yemeni Connection* (Wall Street Journal)

67) *Aiding Terrorists: The Yemeni Connection* (Wall Street Journal)

68) *Security concerns shipping delegates* (Lloyd's List)

69) *EU pressures sees St Lucia halt banana sales to Libya* (Lloyd's List)

- 7 -

70) *War zone premiums excessive* (Lloyd's List)

71) *Saipem in Brazil energy link* (Lloyd's List)

72) *Syria fury at US 'piracy'* (Lloyd's List)

73) *Egypt tightens Gulf of Suez rescue system* (Lloyd's List)

74) *Higher insurance premiums have cut the number of ships using the Suez Canal* (Lloyd's List)

75) *Iran ready to accept 10 new vessels* (Lloyd's List)

76) *Reluctant Ally: Yemen Boards the Bandwagon* (Wall Street Journal)

77) *Cyprus in Antwerp ship inspection deal* (Lloyd's List)

78) *IRISL plans 30-ship fleet boost* (Lloyd's List)

79) *Qatar bucks trend as profits soar 43% in 2001* (Lloyd's List)

80) *Cyprus denial on refugee ship Monica* (Lloyd's List)

81) *Gulf bank funds Qatar ships* (Lloyd's List)

82) *Chinese company angry over US* (Lloyd's List)

83) *US warns ships as Gulf tension rises* (Lloyd's List)

84) *Oman port deal* (Lloyd's List)

85) *Damen tender contract* (Lloyd's List)

86) *Navy investigates Somali attack* (Lloyd's List)

87) *Al Bateen delivery bolsters CCU's dry bulk role* (Lloyd's List)

88) *Key Trade area at crossroads* (Lloyd's List)

89) *Cyprus, Belgium and Luxenbourg (first line)* (Lloyd's List)

90) *Israel-Has luck run out for Casinos Austria ship?* (Lloyd's List)

91) *To Catch Terrorists, Search Yemen* (Wall Street Journal)

92) *Traffic Up 36% at PSA terminal* (Lloyd's List)

93) *Sonatrach awards deal to Kawasaki* (Lloyd's List)

94) *Israel port users challenge 'discrimination'* (Lloyd's List)

- 8 -

COMPLAINT

95)   *Suez Canal fees up despite fewer ships* (Lloyd's List)

96)   *Bomb blast fallout starts to hit Yemen* (Lloyd's List)

97)   *Terror-Limburg probe looks at Saudi connection* (Lloyd's List)

98)   *Security-US forewarned over Yemeni tanker attack* (Lloyd's List)

99)   *Maersk ship searched* (Lloyd's List)

100)  *US Fifth Fleet repeats warning* (Lloyd's List)

101)  *UAE-Halmatic signs pact for Gulf region* (Lloyd's List)

102)  *Middle East-Gulf states in reinsurance push* (Lloyd's List)

103)  *US terror swoop on Tonga ship* (Lloyd's List)

104)  *Oil-Iraq is wild card as Gulf ministers meet to plot contingency scenario* (Lloyd's List)

105)  *Malaysia Under Attack* (Lloyd's List)

106)  *Croatia police fear powder explosives bound for Iraq* (Lloyd's List)

107)  *Oil-Gulf ministers insist fuel supplies not at risk of war* (Lloyd's List)

108)  *Energy-Oman shortlists yards for double LNG ship contract* (Lloyd's List)

109)  *Arrests made in Boka Star probe* (Lloyd's List)

110)  *Second illicit cargo heads for Irag* (Lloyd's List)

111)  *LNG-MOL to advise Oman on strategic maritime goals* (Lloyd's List)

112)  *A Predator drone in flight* (Lloyd's List)

113)  *Red Sea navigation* (Lloyd's List)

114)  *Helping Clean Up Yemen* (Wall Street Journal)

115)  *MOL and Oman in bid to buy India's Greenfield stake* (Lloyd's List)

- 9 -

116) *Deals aim to increase oil production* (Lloyd's List)

117) *Limburg blast hits Yemen ports* (Lloyd's List)

118) *The Yemeni Terror Link* (Asian Wall Street Journal)

119) *Qatargas sales boost* (Lloyd's List)

120) *New Wallenius Asia route launched* (Lloyd's List)

121) *First for Zomco* (Lloyd's List)

122) *'Give us our missiles back' storms Yemen* (Lloyd's List)

123) *Checking North Korean cargoes* (Wall Street Journal)

124) *Morocco- Halcrow wins Tangier deal* (Lloyd's List)

125) *Oman-Gulf plan for reinsurance giant* (Lloyd's List)

126) *Security-Al-Qa'eda suspect 'admits roles in Limburg'* (Lloyd's List)

127) *Caspian Offshore set to build Azeri topside decks* (Lloyd's List)

128) *Jebel Ali in $1.5bn expansion* (Lloyd's List)

129) *Jebel Ali unveils $1.15bn expansion plan* (Lloyd's List)

130) *Yemen terror cash to woo back ships* (Lloyd's List)

131) *USCG loads up-destination the Middle East* (Lloyd's List)

132) *Oil-US steps up Middle East security* (Lloyd's List)

133) *Brussels calls for Algeria to drop destination clauses* (Lloyd's List)

134) *Qatar-Q-ships takes delivery of double-hull tanker* (Lloyd's List)

135) *Bonny delivery fuels Nigerian project* (Lloyd's List)

136) *Oil-OPEC maintains the status quota* (Lloyd's List)

137) *Forces promise no sea escape for Iraqi leaders* (Lloyd's List)

138) *US offer of escorts and risk cover greeted with skepticism* (Lloyd's List)

139) *Gas-Eight firms in running for Oman LNG deal* (Lloyd's List)

- 10 -

COMPLAINT

140) *Cyprus flags up 'progressive' year* (Lloyd's List)

141) *Salalah picks up at Aden's expense* (Lloyd's List)

142) *Oman in development deal with MOL* (Lloyd's List)

143) *Christiane names latest Oldendorf containerships* (Lloyd's List)

144) *EU Syria* (Lloyd's List)

145) *Ashdod Jubilee project* (Lloyd's List)

146) *Middle East- Iraq 'open for business' as military quit Umm Qasr* (Lloyd's List)

147) *Tonnage increase channels $2.5bn into Suez* (Lloyd's List)

148) *Security on the Agenda in Cyprus* (Lloyd's List)

149) *Middle East-Interim Iraqi government in clampdown on oil smuggling* (Lloyd's List)

150) *Ashdod suicide bombings spark security concerns* (Lloyd's List)

151) *Papadopoulospraises efforts to boost image of Cyprus flag* (Lloyd's List)

152) *Pasha launches California-Hawaii link* (Lloyd's List)

153) *Mexican port planned for California overspill* (Lloyd's List)

14. Some of the works of Plaintiff appearing on the Factiva database were provided to it by the Las Vegas Review Journal, a publication that Plaintiff had never directly submitted any of his work to and had never directly authorized to use his work. Those works include without limitation *For oil, not Chechens* and *Ship rushes aid to 30,000 starving Somalis*.

15. Moreover, Plaintiff has learned that the Wall Street Journal not only provided a number of his articles to the Factiva database, but further provided a number of those articles to Proquest to republish, including but not limited to:

1) *The Next Iraq? Yemen is an Arms Bazaar to an Unstable Region*

2) *Hollywood on the Nile: Arabs Can Create Their Own Film Images*

- 11 -

COMPLAINT

3) *Terrorist Nest: Blind to the Danger*

4) *Fitting the Bill: The Yemeni Connection*

5) *Aiding Terorrists: The Yemeni Connection*

6) *Reluctant Ally: Yemen Boards The Bandwagon*

7) *To Catch Terrorists, Search Yemen*

8) *Malaysia Under Attack*

9) *Helping Clean Up Yemen*

10) *The Yemeni Terror Link*

11) *Checking North Korean Cargoes*

16. Plaintiff is has never had any contractual relationship with ProQuest or otherwise authorized it to publish his work, and in fact was unaware of the existence of the ProQuest database prior to 2012.


## FIRST CLAIM FOR RELIEF

(Copyright Infringement – Against all Defendants)

17.    Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

18.    Plaintiff holds a valid copyright in the works identified above, as well as in any other works of Plaintiff similarly used by Defendants (collectively "Copyrighted Works").

19.    Plaintiff has either registered the Copyrighted Works with the United States Copyright Office or applied for registration for each work prior to the filing of this action.

20.As described herein, Defendants, and each of them, exploited, published, posted, indexed, and distributed the Copyrighted Works in violation of Plaintiff's copyrights, including but not limited to those identified above.

- 12 -

21.   Due to Defendants' acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

22.   Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights in the Copyrighted Works. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of his rights in the Copyrighted Works in an amount to be established at trial.

23.   Plaintiff is further informed and believes that the infringements alleged herein were committed with knowledge and reckless disregard of Plaintiff's rights such that they constitute willful copyright infringement.

## SECOND CLAIM FOR RELIEF

(Violations of the Digital Millennium Copyright Act

(17 U.S.C. §1202) – Against all Defendants)

24.   Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

25.   Plaintiff is informed and believes that Defendants, and each of them, violated 17 U.S.C. §1202(a) and 17 U.S.C. §1202(b) by: (a) knowingly and with the intent to induce, enable, facilitate, or conceal infringement, providing copyright management information on the Copyrighted Works that was false, and distributing copyright management information that was false; and/or (b) intentionally removing and/or altering the copyright management information on the Copyrighted Works, and distributing copyright management information for the Copyrighted Works with knowledge that the copyright management information had been removed or altered without authority of the copyright owner or the law, and distributing and publicly

- 13 -

displaying Plaintiff's copyrighted work knowing that copyright management information had been removed or altered without authority of the Plaintiff or the law, and knowing, or, with respect to civil remedies under section 1203, having reasonable grounds to know, that the conduct would induce, enable, facilitate, or conceal an infringement of any right under this title.

26.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, knowingly removed and altered the copyright management information on the Copyrighted Works, and provided copyright management information for the Copyrighted Works that was false.

27.   Plaintiff is informed and believes and thereon alleges that Defendants knowingly attached a fraudulent copyright notice and attribution to the Copyrighted Works.

28.   The above conduct is in violation of the Digital Millennium Copyright Act and exposes Defendants, and each of them, to additional and enhanced common law and statutory damages and penalties.

29.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of their, conduct as alleged herein was willful, reckless, and/or with knowledge.

### THIRD CLAIM FOR RELIEF

(Unfair Competition – Against All Defendants)

30.   At pains and expense Plaintiff has spent his career gathering and reporting news for the purpose of lucrative publication, including but not limited to through the reporting of the stories identified herein.

31.   Defendants are organizations that gather and distribute news to their members, and as such is are rivals of Plaintiff, notwithstanding the fact that Plaintiff has authorized limited uses of his works to some Defendants.

32.   Defendants have appropriated the results of Plaintiff's efforts for their profit and at the expense of and to the damage of Plaintiff, and have thereby engaged in unfair competition against Plaintiff.

33.   As a direct and proximate result of the unfair competition of Defendants, they have earned profits and cost Plaintiff revenues in an amount to be established at trial.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

a.   That Defendants, their agents and employees be enjoined from infringing Plaintiff's copyrights in the Copyrighted Works;

b.   That Defendants, their agents and employees be enjoined from further use of news stories gathered and reported by Plaintiff;

c.   That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

d.   That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

e.   That Plaintiff recover all available damages for Defendants' unfair competition; and

f.   That Plaintiff be awarded costs of suit, pre-judgment interest as allowed by law, and such further legal and equitable relief as the Court deems proper.

///

///

COMPLAINT

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

DONIGER / BURROUGHS

Dated: May 30, 2014          By: _____

Stephen M. Doniger, Esq.
Scott A. Burroughs, Esq.
Attorneys for Plaintiff

- 16 -

COMPLAINT