UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 2014-04211-SVW-JEM<br>CV 2014-04212-BRO-E<br>CV 2014-04219-DDP-PJW<br>CV 2014-04227-SJO-AJW<br>CV 2014-04230-SS<br>CV 2014-04236-GHK-PLA<br>CV 2014-04240-R | Date | July 7, 2014 |
|---|---|---|---|
| Title | Eric Watkins v. Dow Jones & Company Inc et al<br>Eric Watkins v. The McClatchy Company et al<br>Eric Watkins v. Reed Elsevier Inc et al<br>Eric Watkins v. Penwell Corporation et al<br>Eric Watkins v. The Associated Press et al<br>Eric Watkins v. Proquest LLC et al<br>Eric Watkins v. Pearson PLC et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Scott A Burroughs<br>Stephen M Doniger | Vanessa C. Adriance<br>Charles S. Sims<br>Joshua O. Mausner<br>Nicolas A. Jampol<br>Jennifer L. Jones<br>John L. Krieger<br>Craig B. Bailey<br>James Juo |

**Proceedings:**   STATUS CONFERENCE re Notice of Related Cases

Conference held. The matter is submitted. Order to issue.

: 07

Initials of Preparer   PMC