Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WATKINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOW JONES & COMPANY, INC., a Delaware Corporation; STEPHENS MEDIA, LLC, a Nevada Limited Liability Company; PROQUEST, LLC, a Delaware Limited Liability Company; and DOES 1-10,<br><br>Defendant. | Case No.: 14-cv-04211-SVW-JEM<br>*Hon. Judge Stephen V. Wilson*<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. §41(a)(1)(A)(i).** |

///

///

////

1

PLAINTIFF'S NOTICE OF DISMISSAL

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR
2  ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE THAT Plaintiff Eric Watkins hereby dismisses this
4  action, *with prejudice*, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DONIGER / BURROUGHS |
| Date: August 19, 2014 | By: /s/ Stephen M. Doniger |
|  | Stephen M. Doniger, Esq. |
|  | Attorneys for Plaintiff |